UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN A. HAFF,

                Plaintiff,

-vs-                                      Case No. 6:07-cv-205-Orl-28DAB

INFINITY PROTECTION SERVICE, INC.
and ADRIAN ELLIS,

                Defendants.
_____/

## ORDER

This case is before the Court on the Joint Notice of Settlement and Motion for Approval of Settlement (Doc. No. 25) filed April 30, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 12, 2007 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Notice of Settlement and Motion for Approval of Settlement is **GRANTED** and the settlement is accepted as a fair and reasonable resolution of a bona fide dispute over FLSA issues.

3. This case is dismissed with prejudice and the Clerk is directed to close the file.

DONE and ORDERED in Chambers, Orlando, Florida this 17 day of July, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party